

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00200-CV

**ALPHA GREEN DEVELOPMENT INC.** and Panhandle Highlands JV,
Appellants

v.

Jorge A. **GAMBOA** d/b/a RE/MAX Elite,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-07951
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  September 25, 2013

DISMISSED

The appellants have filed a Notice of Settlement stating all issues on appeal have been fully settled and compromised and asking this court to dismiss this appeal. We grant the request and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM